# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2015

*The Court of Appeals hereby passes the following order:*

**A16I0025. LUIS ANGEL CONTRERAS v. THE STATE.**

On July 7, 2015, the trial court denied the motion to suppress filed by Luis Angel Contreras. The trial court signed a certificate of immediate review on August 31, 2015, and Contreras filed this application for interlocutory appeal on September 10, 2015. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within 10 days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that 10-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the trial court did not enter its certificate of immediate review within 10 days of the order Contreras seeks to appeal. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/23/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.